**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
  **Gerald G. Monckton Jr**
  **Agustina L. Monckton**

Debtor(s)

)
)
)
)
)
)
)
)
)

Case No. **11–31792–rld13**

341(a) WORKSHEET

First Meeting Date: 4/12/11

Debtor's Address:    1730 SW 203rd Avenue
                        Aloha, OR 97006
            Jt. Debtor's Address:    1730 SW 203rd Avenue
                                                    Aloha, OR 97006

Attorney: TED A TROUTMAN                  Trustee: Wayne Godare

FAILED To Complete §341(a) Mtg: ( )Debtor ( )JT Debtor(Wife) ( ) ATTY;    *AND* THEREFORE
the TRUSTEE STATES THAT (<u>CHECK</u> at least <u>ONE</u> AND <u>ALL</u> that apply);

    ( ) No further examination required of joint debtor who failed to complete meeting.

    ( ) Commencement of dismissal procedure is appropriate.

    ( ) Within 14 days trustee will submit form #750.3 (re: no dismissal).

    ( ) Debtor(s) did not produce proper I.D. at/before continued hrg – UST should file motion.

    ( ) 341 adjourned as further examination required by ( ) trustee ( ) creditor:_____.

    ( ) Notice was given to all that 341 mtg adjourned to _____(time), on _____(date),

    at the location of _____ FOR THE REASON THAT:

    _____

    (NOTE: TRUSTEE ANNOUNCED NO WRITTEN NOTICE OF ADJOURNMENT WILL BE GIVEN, except to the debtor(s)
              and debtor(s)' attorney, by the clerk, if neither were present.)

    ( ) Notice of adjourned 341 mtg. required BECAUSE _____,

    could NOT be announced BECAUSE _____.

( ) Debtor's Change of Address:              ( ) Jt. Debtor's Change of Address:

PERSONS ATTENDING MEETING

PRINT Your Name                                    PRINT Name of Person or Business You Represent

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____