UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. 311-31792-rld13
GERALD G MONCKTON JR )
AGUSTINA L MONCKTON ) Confirmation Hearing Date: May 5, 2011
)
) TRUSTEE'S OBJECTION TO
) CONFIRMATION; AND
Debtor(s) ) MOTION(S) THEREON

THE TRUSTEE:

1. Objects to confirmation for the reason(s) marked below:

    _____a. Attorney fees sought are excessive:

    _____b. Case not filed in good faith/Plan not proposed in good faith:

    _____c. Plan is not feasible:

    _____d. Plan does not commit all of the debtor's excess projected disposable income pursuant to §1325(b)(1)(B) for the applicable commitment period:

    _____e. Plan does not meet best interest test:

    **X**\_\_\_\_f. Filing/ documentation deficient: **as requested at the §341(a) hearing, please provide the Trustee with:**
       1. **A copy of the Debtors' 2010 Federal and State Tax Returns;**
       2. **A copy of the Wage Order filed with the Court; and**
       3. **A copy of the Amended Schedules I and J that reflect Mr. Monckton's current income.**

    **X**\_\_\_\_g. Other: **as requested at the §341(a) hearing, please make the following changes to the Plan:**
       1. **¶13 strike in its entirety;**
       2. **¶14 renumber as ¶13; and**
       3. **1st Security Bank must be added to the Plan.**

2. If, not less than 10 days prior to the confirmation hearing, the debtor fails to take all necessary steps to satisfy each objection marked above (e.g., file an amended plan using LBF #1355.05, file all documentation noted in 1.f., etc.), the trustee must promptly file this document. If this document is filed, the trustee moves the court for an order per the section(s) marked below:

    _____a. Move that the debtor's attorney's fee request be modified as follows:
                                    and/or
    \_\_**X**\_\_b. (If any section other than 1.a. is marked above) move that the case be dismissed without further notice.

3. Certifies a copy of this document was served on the debtor and debtor's attorney, if any, by hand at the first meeting of creditors on \_\_\_\_**N/A**\_\_\_\_\_, or by mail on **April 13, 2011**.

DATED: April 13, 2011

                                              \_/s/ Wayne Godare
                                                    Trustee

TED A TROUTMAN

1350.70 (06/24/97)(mm)