PCBD (7/26/10) ksw

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

July 13, 2011

Clerk, U.S. Bankruptcy Court

BY **ksw** DEPUTY

In re
**Gerald G. Monckton Jr
Agustina L. Monckton**
Debtor(s)

)
) Case No. **11−31792−rld13**
)
) NOTICE RE:
) PROOF OF CLAIM FILED
) ON CREDITOR'S BEHALF
)
)

**NOTICE IS GIVEN** that a Proof of Claim was filed on behalf of **GMAC Mortgage, LLC c/o Corporation Service Company RA** by the debtor or trustee in this case as claim **#13−1** in the amount of **$231761.25**.

If the Proof of Claim is not correct you should file a Proof of Claim on your own behalf. If your Proof of Claim is filed within 90 days of the first date set for the §341(a) meeting of creditors, or 180 days from the date of the Order for Relief if the creditor is a governmental agency, it will supersede the Proof of Claim filed by the debtor or trustee. If your Proof of Claim is not filed within that period, the Proof of Claim filed by the debtor or trustee will control unless you comply with the appropriate provisions of Local Bankruptcy Rule 3001−1 and either: (1) timely file an amended claim and send a copy to the trustee or (2) if the case is a Ch. 12 or 13, and the debtor is not represented by an attorney, complete and serve Local Form #302.

Clerk, U.S. Bankruptcy Court