DISTRICT OF OREGON
**F I L E D**
October 15, 2012
**Clerk, U.S. Bankruptcy Court**

IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if copies are timely served per (b) unless, within 30 days of the "FILED" date, a party files a written objection that sets forth specific grounds for it, with the Clerk of Court, 1001 SW 5th Ave #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of such fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and a copy is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) properly serve a copy of this document, AND (2) FILE a completed "Certificate of Service" using a copy of this document (WITHOUT any attachments).

                                                        _/s/ Randall L. Dunn_
                                                          RANDALL L. DUNN
                                                          U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | |
|---|---|
| In re                            ) | |
| ) | Case No. _____ |
| ) | |
| ) | [ONLY FOR CHAPTER 13 CASES] |
| ) | APPLICATION BY DEBTOR'S ATTORNEY |
| Debtor(s)                 ) | FOR SUPPLEMENTAL COMPENSATION |

I, the undersigned debtor's attorney, whose address and phone number are _____
_____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**)    IS    IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

1307 (10/15/08) **Page 1 of 2**

3. My Disclosure of Compensation shows the debtor(s) and I agreed to Schedule 2.

4. My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5. **Allowance of this application will require that the distribution to creditors be reduced, the debtor pay more, or a combination of the two. Even if the distribution to creditors is not reduced, payments to creditors may be delayed**, sometimes for an extended period. If the debtor must pay more, the debtor will either be required to make additional or increased plan payments. If you want to know what impact the allowance of this fee application will have on you, you should contact the attorney whose contact information is above. The attorney is required to explain the impact on you of the allowance of the additional compensation within seven days after you request the information.

6. Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7. Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

DATE: _____                                         _____
                                                                                     Debtor's Attorney

*STOP:* **BEFORE SERVING COPIES, FILE THE MOTION TO OBTAIN A JUDGE'S ORDER!**

**CERTIFICATE OF SERVICE**

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

_____
Signature & Relation to Applicant

1307 (10/15/08) **Page 2 of 2**

# MUIR & TROUTMAN

*Attorneys at Law*
*One Willow Creek*
*16100 NW Cornell Rd., Ste 200*

*Phillip R. Muir*  *Beaverton, Oregon 97006*  *Tel (503) 292-6788*
*Ted A. Troutman*  *Fax (503) 292-5799*

## BILLING STATEMENT LEGEND

```
Gerald G. Monckton, Jr.
Agustina L. Monckton
11-31792-RLD13

TAT = Ted A. Troutman, Attorney at Law,
      $360.00 per hour through December 31, 2011.
      $380.00 per hour thereafter.

PRM = Phillip R. Muir, Attorney at Law,
      $360.00 per hour through December 31, 2011.
      $380.00 per hour thereafter.

RJ  = Lawerence "Rusty" Jacobson, Legal Assistant,
      $180.00 per hour through December 31, 2011.
      $190.00 per hour thereafter.


TOTAL HOURS BILLED BY PERSON

TAT: 1.85

PRM: 0.00

RJ:  5.70
```

# MUIR & TROUTMAN

Attorneys at Law
16100 NW Cornell Rd., Ste 200
Beaverton, OR 97006

Invoice submitted to:

GERALD & AGUSTINA MONCKTON
1730 SW 203rd AVE.
ALOHA, OR 97006


October 08, 2012


In Reference To: 11-31792-rld13
                     Gerald G. Jr. & Agustina L.
    Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2011 | RJ | Review signed Order Confirming Plan | 0.05<br>180.00/hr | 9.00 |
|  | RJ | Prepare letter to client regarding case confirmation and ongoing requirements | 0.25<br>180.00/hr | 45.00 |
| 5/27/2011 | TAT | Review lot book to establish the order of liens on property | 0.20<br>360.00/hr | 72.00 |
|  | TAT | Preparation of Motion to Avoid Lien | 0.60<br>360.00/hr | 216.00 |
| 6/3/2011 | RJ | Telephone call from Client to discuss Wage Order issues | 0.10<br>180.00/hr | 18.00 |
| 6/27/2011 | TAT | Preparation of Order Valuing Property and Avoiding Wholly Unsecured Lien | 0.25<br>380.00/hr | 95.00 |
| 7/11/2011 | RJ | Preparation of Proof of Claim for GMAC Mortgage | 0.30<br>180.00/hr | 54.00 |
|  | TAT | Review and audit claims | 0.30<br>360.00/hr | NO CHARGE |
| 7/15/2011 | RJ | Review transfer of claim from US Bank to PRA Receivables Management | 0.05<br>180.00/hr | 9.00 |
|  | RJ | Telephone call from Client regarding won $5,000.00 at casino | 0.05<br>180.00/hr | 9.00 |
| 7/26/2011 | TAT | Prepare letter to client regarding turnover of gambling winnings | 0.25<br>360.00/hr | 90.00 |

GERALD & AGUSTINA MONCKTON

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/2011 | RJ | Review letter from Trustee regarding clients' obligation to turn over 50% of gambling winnings for payment to creditors; Review proposed order amending plan from Trustee; Prepare letter Trustee regarding no obligation to format of order | 0.25<br>180.00/hr | 45.00 |
| 8/3/2011 | RJ | Telephone call from Client to discuss gambling winnings and mortgage payment issues | 0.10<br>180.00/hr | 18.00 |
| 8/5/2011 | RJ | Review signed Order amending plan (adds $2,500 to payments) | 0.05<br>180.00/hr | 9.00 |
| 10/3/2011 | RJ | Review Trustee notice of Intent to pay claims | 0.15<br>180.00/hr | 27.00 |
| 3/29/2012 | RJ | Office conference with client to discuss how a surrender of home might affect bankruptcy case | 0.15<br>190.00/hr | 28.50 |
| 4/17/2012 | RJ | Review mortgage payment address change for JP Morgan Chase. This lien has been avoided | 0.05<br>190.00/hr | 9.50 |
| 4/23/2012 | RJ | Review 2011 tax returns, possible unreported income due to retirement distributions, no net tax refunds; Prepare letter to Trustee with copy of redacted tax returns and my analysis of income and tax refunds | 0.25<br>190.00/hr | 47.50 |
| 6/1/2012 | RJ | Review April pay stubs for Mr. Monckton. Preparation of draft amended Schedule I to update client's income from overtime | 0.30<br>190.00/hr | 57.00 |
| | RJ | Telephone call to client to let him know we may be able to keep more overtime income in his pocket with amended plan. Requested more pay stubs for review before we finalize the analysis and arrive at a final conclusion | 0.10<br>190.00/hr | 19.00 |
| 7/13/2012 | RJ | Review amended proof of claim filed by JP Morgan Chase (avoided mortgage) | 0.10<br>190.00/hr | 19.00 |
| 9/7/2012 | RJ | Telephone call from client regarding he is on disability and unable to make plan payments. Discuss amended plan possibility | 0.10<br>190.00/hr | 19.00 |
| 9/18/2012 | RJ | Telephone call to client to request from him his year end pay stub showing all overtime earned in 2011 | 0.05<br>190.00/hr | 9.50 |
| | RJ | Telephone call to Trustee office to discuss how early Trustee disbursement will affect split claims in Chapter 13 Plan for this client | 0.10<br>190.00/hr | 19.00 |

GERALD & AGUSTINA MONCKTON

|  |  |  |  | Page 3 |
|---|---|---|---|---|
|  |  |  | Hrs/Rate | Amount |
| 9/18/2012 | RJ | Begin preparation of amended Chapter 13 Plan | 0.55<br>190.00/hr | 104.50 |
| 9/19/2012 | RJ | Preparation of finalized Amended Chapter 13 Plan and revised feasibility analysis | 0.45<br>190.00/hr | 85.50 |
|  | RJ | Prepare letter to Trustee with amended Plan and a discussion of changes proposed and reasons that an amended Plan is necessary | 0.25<br>190.00/hr | 47.50 |
| 9/20/2012 | RJ | Review Trustee objection to proposed amended plan | 0.05<br>190.00/hr | 9.50 |
|  | RJ | Prepare letter to client regarding Trustee objection to proposed amended plan, explained we need year end pay stubs for 2011 as required by terms of Chapter 13 Plan and also the trustee objects to amended Plan until the pay stub is provided | 0.25<br>190.00/hr | 47.50 |
| 9/26/2012 | RJ | Review year end pay stub for 2011. Calculate amount of overtime due to be paid into Plan is $434.69, per terms of Paragraph 13 | 0.25<br>190.00/hr | 47.50 |
|  | RJ | Prepare letter to Trustee with required copy of 2011 year end pay stub and my detailed analysis of overtime due to be paid into Plan for year 2011 | 0.15<br>190.00/hr | 28.50 |
| 9/28/2012 | RJ | Review Trustee letter regarding proposed amended Plan. All objections resolved and Plan can be filed | 0.05<br>190.00/hr | 9.50 |
|  | RJ | Preparation of Notice of Post-Confirmation Amended Plan | 0.15<br>190.00/hr | 28.50 |
|  | TAT | Review Amended Plan and feasibility analysis; Review Notice of Post-Confirmation Amended Plan | 0.25<br>380.00/hr | 95.00 |
| 10/8/2012 | RJ | Preparation of Application for Supplemental Attorney Fees (billed at flat rate) | 1.00 | 35.00 |
|  |  | For professional services rendered | 7.55 | $1,482.50 |

Additional Charges :

| 5/27/2011 | Paid to Fidelity National Title Insurance for lot book and title report | 250.00 |
|---|---|---|
| 6/1/2011 | Photocopy and postage cost for May | 8.92 |

GERALD & AGUSTINA MONCKTON

| Date | Description | Amount |
|---|---|---:|
| 7/1/2011 | Photocopy and postage cost for June | 7.81 |
| 7/31/2011 | Photocopy and postage cost for July | 1.63 |
| 8/31/2011 | Photocopy and postage cost for August | 0.44 |
| 9/30/2011 | Photocopy and postage cost for September | 0.44 |
| 10/31/2011 | Photocopy and postage cost for October | 0.44 |
| 11/30/2011 | Photocopy and postage cost for November | 0.44 |
| 1/31/2012 | Photocopy and postage cost for January | 0.44 |
| 3/31/2012 | Photocopy and postage cost for March | 0.45 |
| 4/30/2012 | Photocopy and postage cost for April | 0.45 |
| 5/31/2012 | Photocopy and postage cost for May | 0.45 |
| 6/30/2012 | Photocopy and postage cost for June | 0.45 |
| 7/31/2012 | Photocopy and postage cost for July | 0.45 |
| 8/31/2012 | Photocopy and postage cost for August | 0.45 |
| 9/30/2012 | Photocopy and postage cost for September | 30.65 |
| | Total costs | $303.91 |

TOTAL FEES AND COSTS    $1,786.41

Note: Original attorney fees of $3,250.00 were approved for services rendered through Confirmation, pursuant to LBF 1305, Schedule 2(a).