# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re _____,       Case No. _____
       Debtor

                                                                                                                               Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____     **Court claim no**. (if known): _____

**Last four digits** of any number you use to identify the debtor's account: ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

❑ No
❑ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ _____    Date ____/____/_____
   Signature

**Print:**    _____     Title _____
          First Name      Middle Name      Last Name

Company    _____

Address    _____
          Number        Street

_____
City                     State      ZIP Code

Contact phone    (_____) _____ – _____         Email _____

| 1  | JESSE A. P. BAKER, OSB No. 100017 |
|    | PITE DUNCAN, LLP |
| 2  | 4375 Jutland Drive, Suite 200 |
|    | P.O. Box 17933 |
| 3  | San Diego, CA 92177-0933 |
|    | Telephone: (858) 750-7600 |
| 4  | Facsimile:  (619) 590-1385 |
| 5  | Attorneys for   Deutsche Bank Trust Company |
|    | Americas as Trustee RALI 2006QS14 |
| 6  | |
| 7  | |
| 8  | |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON - PORTLAND DIVISION

| In re | Case No. 11-31792-rld13 |
|---|---|
| GERALD G. MONCKTON, JR AND AGUSTINA L. MONCKTON, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE BY MAIL** |

I, Alycia M. Lynn, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of eighteen years and not a party to this cause.

On March 13, 2013, I served the Notice of Postpetition Mortgage fees, expenses and charges in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

                                               /s/ Alycia M. Lynn
                                               ALYCIA M. LYNN

# SERVICE LIST

**DEBTOR(S)**

Gerald G. Monckton, Jr
Agustina L. Monckton
1730 Southwest 203rd Avenue
Aloha, OR 97006

**DEBTOR(S) ATTORNEY**

Ted A. Troutman
16100 NW Cornell Rd #200
Beaverton, OR 97006

**CHAPTER 13 TRUSTEE**

Wayne Godare
222 SW Columbia St #1700
Portland, OR 97201

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
620 SW Main St #213
Portland, OR 97205

**OTHER LIENHOLDER(S)**

JP Morgan Chase Bank
c/o Jamie Dimon, CEO
270 Park Avenue
New York, NY 10017

Chase Home Finance, LLC
3415 Vision Drive
Columbus, OH 43219-6009

Washington County Tax & Assessment
C/O Richard Hobernicht, Director
155 N 1st Ave Rm 130
Hillsboro, OR 97124