Ted A. Troutman
MUIR & TROUTMAN
16100 NW Cornell Rd., STE 200
Beaverton, OR 97006
Phone(503) 292-6788
Fax  (503) 292-5799
Of Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

| | | |
|---|---|---|
| In re: | ) | |
| **Gerald G. Monckton, Jr.** | ) | Case No. **11-31792-elp13** |
| **Agustina L. Monckton** | ) | |
| | ) | NOTICE OF INTENT TO |
| | ) | SELL REAL PROPERTY |
| Debtor(s) | ) | |
| | ) | |

The above referenced debtors, by and through their attorney Ted A. Troutman, provide this notice of their intent to sell their residence, the real property located at 1730 SW 203rd Avenue, Aloha, Oregon, 97006. Details of the sale transaction are as follows:

1. Buyer's name: Turning Leaf Homes, LLC.
2. Buyer's relation to debtor: None.
3. Other parties to the transaction and their relationship to the debtors: None.
4. General description of property: real property located at 1730 SW 203rd Avenue, Aloha, Oregon, 97006.
5. Gross sales price: $5,000.00.
6. Terms and conditions of sale: Cash on closing. Transfer of title is subject to all existing liens on the property. The buyer is aware that the real estate is subject to one or more liens.
7. Summary of all available information regarding valuation: Buyer believes the value of the property is less than the total amounts owing for all liens and encumbrances attached to the property. Buyer believes the property's value is approximately $250,000.00.

**Page 1 of 2**          Notice of Intent to Sell Real Property          11-31792-elp13

Case 11-31792-pcm7    Doc 45    Filed 10/06/14

8. All mortgage liens on the property total approximately $310,000.00. An estimated $250,000.00 is owing to *GMAC Mortgage, LLC,* for a first mortgage loan. An estimated $60,000.00 is owing to *JP Morgan Chase Bank,* for a second mortgage loan.

9. The sale is substantially all of debtors' assets.

10. All tax consequences have been considered and the transaction does not appear to create a tax liability for debtors.

11. The sale will result in $1,500.00 net proceeds to the estate. Once the sale closes these funds shall be remitted to the Chapter 13 Trustee Wayne Godare.

12. Debtors will receive $3,500.00 of homestead exemption funds from the sale proceeds at closing.

13. A copy of the Estimated Closing Statement (HUD-1) and Purchase Agreement will be provided to the Chapter 13 Trustee within seven (7) days of the filing of this notice.

**YOU ARE NOTIFIED** that unless within 21 days, plus 3 days mailing time, of the date of this notice you file a written objection to it, and set forth the specific grounds for such objection and your relation to the case, with the Clerk of the Court at 1001 S.W. Fifth Avenue, 7th Floor, Portland, OR 97204 and mail a copy to debtor's attorney Ted A. Troutman, 16100 NW Cornell Rd, STE 200, Beaverton, OR 97006, the undersigned will proceed to apply for a court order approving the noticed action without further notice or hearing.

DATED: October 6, 2014

PRESENTED BY:

/s/ Ted A. Troutman
Ted A. Troutman, OSB #844470
of Attorneys for Debtor(s)

I certify that on **October 6, 2014** a copy of this document was served on the Debtor(s), all creditors, parties in interest, trustee, and any parties requesting special notice.

/s/ Ted A. Troutman
Ted A. Troutman, OSB #844470
Of Attorneys for Debtor(s)

Gerald and Agustina Monckton  
1188 SE Roundelay St.  
Hillsboro, OR 97123

PRA Receivables Management LLC  
POB 41067  
Norfolk, VA 23541

Discover Bank  
DB Servicing Corporation  
PO Box 3025  
New Albany, OH 43054-3025

Springleaf Financial Services, Inc.  
2020 NE CORNELL RD STE J  
HILLSBORO OR 97124

Washington County Tax & Assessment  
C/O Richard Hobernicht, Director  
155 N 1st Ave Rm 130  
Hillsboro, OR 97124

Chase Auto Finance  
201 N Central Ave AZ1-1191  
Phoenix, AZ 85004

Wells Fargo Bank NA  
4137 121st Street  
Urbandale IA 50323

ODR Bkcy  
955 Center St NE  
Salem OR 97301-2555

KeyBank,N.A.  
C/O Weltman,Weinberg & Reis Co.,LPA  
323 W Lakeside Ave 2nd Fl  
Cleveland,Ohio 44113

1st Security Bank of Washington  
ATTN: Kathy VonHagel  
PO Box 97000  
Lynnwood WA 98046

BACK BOWL I LLC  
C O WEINSTEIN AND RILEY, PS  
2001 WESTERN AVENUE, STE 400  
SEATTLE, WA 98121

JPMorgan Chase Bank, N.A.  
c/o Five Lakes Agency, Inc.  
P.O. Box 80730  
Rochester, MI 48308-0730

Portfolio Recovery Associates, LLC  
PO Box 41067  
Norfolk VA 23541

GMAC Mortgage, LLC  
C/O Corporation Service Company, RA  
285 Liberty St. NE  
Salem, OR 97301