```
                              United States Bankruptcy Court
                                    District of Oregon
In re:                                                               Case No. 11-31792-elp
Gerald G. Monckton                                                   Chapter 13
Agustina L. Monckton
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0979-3          User: doria              Page 1 of 1           Date Rcvd: Oct 31, 2014
                              Form ID: pdf018          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2014.
db/jdb         +Gerald G. Monckton, Jr,    Agustina L. Monckton,    1188 SE Roundelay St,
                 Hillsboro, OR 97123-4792
cr             +PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2014 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

DISTRICT OF OREGON
**F I L E D**
October 31, 2014
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| In re: | ) |
| **Gerald G. Monckton, Jr.** | ) Case No. **11-31792-elp13** |
| **Agustina L. Monckton** | ) |
| | ) ORDER ALLOWING DEBTORS |
| | ) TO SELL REAL PROPERTY |
| Debtor(s) | ) |
| | ) |
| | ) |

Based upon debtors' *Notice of Intent to Sell Real Property*, filed as court docket no. 45, and no timely objections to the notice having been filed, and the Court being fully advised, **IT IS HEREBY ORDERED** that debtors shall be allowed to sell the real property located at 1730 SW 203rd Avenue, Aloha, Oregon, 97006. Debtors may receive funds up to the amount of $3,500.00 at closing. $1,500.00 from the sale proceeds

///
///
///
///

shall be remitted to the Chapter 13 Trustee at closing, for the benefit of the bankruptcy estate.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:

/s/ Ted A. Troutman
Ted A. Troutman, 16100 NW Cornell Rd., STE 200, Beaverton, OR 97006, Ph. 503-292-6788, fax 503-292-5799
Attorney for Debtor(s), OSB #844470

CC Via Conventional Paper Service:

    Gerald & Agustina Monckton
    1188 SE Roundelay St.
    Hillsboro, OR 97123

    PRA Receivables Management LLC
    POB 41067
    Norfolk, VA 23541

Page 2 of 2    Order Allowing Debtors to Sell Real Property    11-31792-elp13

Case 11-31792-pcm7    Doc 48    Filed 11/02/14