IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if copies are timely served per (b) unless, within 30 days of the "FILED" date, a party files a written objection that sets forth specific grounds for it, with the Clerk of Court, 1001 SW 5th Ave #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of such fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and a copy is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) properly serve a copy of this document, AND (2) FILE a completed "Certificate of Service" using a copy of this document (WITHOUT any attachments).

_/s/ Elizabeth L. Perris_
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re | ) | |
|---|---|---|
| | ) | Case No. _____ |
| | ) | |
| | ) | [ONLY FOR CHAPTER 13 CASES] |
| | ) | APPLICATION BY DEBTOR'S ATTORNEY |
| | ) | FOR SUPPLEMENTAL COMPENSATION; |
| Debtor(s) | ) | AND ORDER AND NOTICE THEREON |

I, the undersigned debtor's attorney, whose address and phone number are _____
_____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**)     IS     IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

1307 (7/18/13) **Page 1 of 2**

3.  My Disclosure of Compensation shows the debtor(s) and I agreed to:
    ___ Schedule 2   ___ Schedule 3.

4.  My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5.  **Allowance of this application will require that the distribution to creditors be reduced, the debtor pay more, or a combination of the two. Even if the distribution to creditors is not reduced, payments to creditors may be delayed**, sometimes for an extended period. If the debtor must pay more, the debtor will either be required to make additional or increased plan payments. If you want to know what impact the allowance of this fee application will have on you, you should contact the attorney whose contact information is above. The attorney is required to explain the impact on you of the allowance of the additional compensation within seven days after you request the information.

6.  Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7.  Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:


DATE: _____                                      _____
                                                                          Debtor's Attorney


*STOP:*  <u>BEFORE</u> **SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**


### CERTIFICATE OF SERVICE

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

_____
Signature & Relation to Applicant

1307 (7/18/13) **Page 2 of 2**

Troutman Law Firm, PC

5075 SW Griffith Dr., Ste 220

Ted A. Troutman       Beaverton, Oregon 97005       Tel (503) 292-6788
                                                    Fax (503) 596-2371

# BILLING STATEMENT LEGEND

Gerald G. Monckton, Jr.
Agustina L. Monckton
11-31792-elp13

TAT = Ted A. Troutman, Attorney at Law,
      $380.00 per hour through December 31, 2012,
      $395.00 per hour through December 31, 2013,
      $415.00 per hour thereafter.

PRM = Phillip R. Muir, Attorney at Law,
      $380.00 per hour through December 31, 2012,
      $395.00 per hour through December 31, 2013,
      $415.00 per hour thereafter.

RJ  = Lawerence "Rusty" Jacobson, Legal Assistant,
      $190.00 per hour through December 31, 2012,
      $195.00 per hour thereafter.


TOTAL HOURS BILLED BY PERSON

TAT: 0.75

PRM: 0.00

RJ:  8.65

# MUIR & TROUTMAN

Attorneys at Law
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005

Invoice submitted to:

GERALD & AGUSTINA MONCKTON
1188 SE ROUNDELAY ST.
HILLSBORO, OR 97123


November 12, 2014


In Reference To:  11-31792-elp13
  Gerald G. Jr. & Agustina L.
Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/23/2012 | RJ | Telephone call from client to discuss amended Plan, Ted's fees, insurance issues with Cobra health insurance, long term disability and employment | 0.20<br>190.00/hr | 38.00 |
| 2/4/2013 | RJ | Review Motion for Relief from Stay filed by Deutsche National Bank; Review perfection documents (Note and Deed), review transfer of Note and payment history on mortgage since case filing | 0.35<br>195.00/hr | 68.25 |
|  | RJ | Prepare letter to client regarding Motion for Relief from Stay and cure options necessary to prevent home from foreclosure | 0.25<br>195.00/hr | 48.75 |
| 3/15/2013 | RJ | Review signed Order granting Relief from Stay to Deutsche Bank | 0.05<br>195.00/hr | 9.75 |
| 4/4/2013 | RJ | Telephone call to client to discuss year end pay stub and need for amended plan. Client was at employment department, so call was brief | 0.05<br>195.00/hr | 9.75 |
| 7/19/2013 | RJ | Review letter from trustee with request for 2012 year end pay stubs and a copy of 2012 taxes (cc to client) | 0.05<br>195.00/hr | 9.75 |
| 8/21/2013 | RJ | Office conference with clients to discuss possible amended Plan and surrender of property | 0.10<br>195.00/hr | 19.50 |
| 9/18/2013 | RJ | Office conference with client to discuss tax returns and year end 2012 pay stub | 0.10<br>195.00/hr | 19.50 |

GERALD & AGUSTINA MONCKTON

|  |  |  | Hrs/Rate | Page 2<br>Amount |
|---|---|---|---|---|
| 9/19/2013 | RJ | Review 2012 tax returns, no unreported income, net refunds total $476; Prepare letter to trustee with 2012 tax returns and my analysis of client's income and refunds | 0.25<br>195.00/hr | 48.75 |
| 2/28/2014 | RJ | Review letter from trustee regarding year end pay stub to prove overtime income. Copied to client, no action by me | 0.05<br>195.00/hr | 9.75 |
| 4/17/2014 | RJ | Review 2013 taxes, no unreported gross income, net tax refund total $1,978; Prepare letter to trustee with copy of 2013 taxes, my analysis of income and refunds and a request that trustee waive the year end pay stub requirement due to overall decreased income | 0.25<br>195.00/hr | 48.75 |
| 5/19/2014 | RJ | Review letter from trustee regarding he agrees with my request to forego 2013 year end pay stubs due to client's decreased income | 0.05<br>195.00/hr | 9.75 |
| 8/28/2014 | RJ | Telephone call from real estate broker to discuss possible sale of client's property. Went over detailed process from the filing of a Notice of Intent, all the way to obtaining a court order and trustee permission to sell | 0.20<br>195.00/hr | 39.00 |
| 8/30/2014 | RJ | Review proposed HUD-1 form for sale of client's residence; prepare letter to mortgage company to request changes to HUD-1 closing statement, to also request Preliminary Title Report and to discuss sale parameters the Trustee will key in on during his review | 0.25<br>195.00/hr | 48.75 |
| 9/4/2014 | RJ | Review response letter to request for loan pay off from Five Lake Agency, loan servicer for JP Morgan Chase Bank. | 0.15<br>195.00/hr | 29.25 |
| 9/10/2014 | TAT | Send e-mail to client regarding house sale to Turning Leaf Homes. Discussed process and possible funds paid to client from sale proceeds | 0.20<br>415.00/hr | 83.00 |
|  | TAT | Send e-mail to Turning Leaf Homes, LLC, regarding purchase of client's surrendered residence | 0.20<br>415.00/hr | 83.00 |
| 9/23/2014 | TAT | Review contract for sale of clients' residence to Turning Leaf Homes, LLC | 0.35<br>415.00/hr | 145.25 |
|  | RJ | Review proposed documents for selling client's residence to Turning Leaf Homes. Review proposed purchase documents. | 0.25<br>195.00/hr | NO CHARGE |

GERALD & AGUSTINA MONCKTON

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/23/2014 | RJ | Prepare letter to attorney Gordon Hall to request changes to purchase agreement. Provided itemization of requested changes needed before an agreement can be reached and a Notice of Intent filed | 0.25<br>195.00/hr | 48.75 |
| 9/24/2014 | RJ | Review letter from owner of Turning Leaf Property regarding garbage clean up prior to agreeing to purchase property. | 0.10<br>195.00/hr | 19.50 |
| | RJ | Prepare letter to attorney Gordon Hall to discuss how the purchase contract may be altered to pay up front costs and to update client's current address. | 0.20<br>195.00/hr | 39.00 |
| 9/30/2014 | RJ | Office conference with client to discuss proposed sale of property to Turning Leaf Homes. | 0.15<br>195.00/hr | 29.25 |
| 10/1/2014 | RJ | Review letter from attorney Gordon Hall to ask for client's address (again, since I sent it to him last week) and to question terms of the sale; Prepare letter to attorney Hall to provide mailing address and discuss terms of property sale. | 0.20<br>195.00/hr | 39.00 |
| 10/2/2014 | RJ | Review revised proposed agreement for sale of home from clients to Turning Leaf Homes, LLC; Prepare letter to attorney Gordon Hall to reiterate that some request changes in the purchase agreement have not been made. Itemized requested changes that must be made before sale can be agreed | 0.35<br>195.00/hr | 68.25 |
| 10/3/2014 | RJ | Phone conference with client to discuss home cleanup costs and reimbursement from Turning Leaf Homes for those expenses. | 0.10<br>195.00/hr | 19.50 |
| | RJ | Prepare letter to Tracey at Turning Leaf Homes to discuss terms of sale and request final documents that I can use to prepare the Notice of Intent to Sell Property. | 0.20<br>195.00/hr | 39.00 |
| | RJ | Telephone call from 5 Lakes Agency, the servicing agent for JP Morgan Chase to discuss status of property. They want to know if short sale is happening. | 0.15<br>195.00/hr | 29.25 |
| 10/6/2014 | RJ | Review another revised purchase agreement from attorney Gordon Hall. Terms of payment to client changed and attorney states case is ready for Notice of Intent. | 0.20<br>195.00/hr | 39.00 |
| | RJ | Preparation of Notice of Intent to Sell Real Property. | 1.15<br>195.00/hr | 224.25 |

GERALD & AGUSTINA MONCKTON

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/7/2014 | RJ | Office conference with client to review and sign purchase agreement and loan authorization disclosures. | 0.20<br>195.00/hr | 39.00 |
| 10/8/2014 | RJ | Review estimated Closing Statement HUD-1 for sale of residence. | 0.10<br>195.00/hr | 19.50 |
|  | RJ | Prepare letter to Trustee to provide copy of Purchase Agreement and estimated Closing Statement. Explained terms of sale, with clients to receive $3,500 from the sale and the $1,500 benefit to the estate that will be paid to the trustee at closing | 0.25<br>195.00/hr | 48.75 |
| 10/15/2014 | RJ | Preparation of consent form for 1st and 2nd mortgages, along with RESPA and TILA required documents | 0.40<br>195.00/hr | 78.00 |
|  | RJ | Office conference with client to review and sign RESPA/TILA consent form for mortgages | 0.10<br>195.00/hr | 19.50 |
| 10/20/2014 | RJ | Review letter from owner of Turning Leaf property. Questions about status of property sale and paperwork. | 0.10<br>195.00/hr | 19.50 |
|  | RJ | Research case file and court records. Calculate notice period days still outstanding. | 0.15<br>195.00/hr | 29.25 |
|  | RJ | Prepare letter to Tracey Barron to discuss that no objection to sale filed yet. Explained mandated notice and response period and days remaining. Provided copies of documents for transfer of property. | 0.25<br>195.00/hr | 48.75 |
| 10/31/2014 | RJ | Research court records and verify that no objections to sale of property have been filed. File certification of no objection with the court | 0.15<br>195.00/hr | 29.25 |
|  | RJ | Preparation of Order Allowing Debtors to Sell Real Property | 0.30<br>195.00/hr | 58.50 |
| 11/12/2014 | RJ | Preparation of Application for Supplemental Attorney Fees (billed at flat rate) | 1.00 | 35.00 |
|  |  | For professional services rendered | 9.40 | $1,788.25 |

GERALD & AGUSTINA MONCKTON

Additional Charges :

|  | Amount |
|---|---:|
| 10/31/2012 Photocopy and postage cost for October | 15.35 |
| 11/30/2012 Photocopy and postage cost for November | 0.45 |
| 12/31/2012 Photocopy and postage cost for December | 0.45 |
| 1/31/2013 Photocopy and postage cost for January | 0.45 |
| 2/28/2013 Photocopy and postage cost for February | 1.22 |
| 3/31/2013 Photocopy and postage cost for March | 0.46 |
| 5/31/2013 Photocopy and postage cost for May | 0.46 |
| 6/30/2013 Photocopy and postage cost for June | 0.46 |
| 7/31/2013 Photocopy and postage cost for July | 0.46 |
| 8/31/2013 Photocopy and postage cost for August | 0.46 |
| 9/30/2013 Photocopy and postage cost for September | 0.46 |
| 11/1/2013 Photocopy and postage cost for October | 0.46 |
| 11/30/2013 Photocopy and postage cost for November | 0.46 |
| 1/31/2014 Photocopy and postage cost for January | 0.46 |
| 2/28/2014 Photocopy and postage cost for February | 0.48 |
| 3/31/2014 Photocopy and postage cost for March | 0.48 |
| 4/30/2014 Photocopy and postage cost for April | 0.48 |
| 5/31/2014 Photocopy and postage cost for May | 0.48 |
| 6/30/2014 Photocopy and postage cost for June | 0.48 |
| 7/31/2014 Photocopy and postage cost for July | 0.48 |
| 8/31/2014 Photocopy and postage cost for August | 0.48 |
| 9/30/2014 Photocopy and postage cost for September | 0.48 |

GERALD & AGUSTINA MONCKTON

| | Amount |
|---|---|
| 10/31/2014 Photocopy and postage cost for October | 14.22 |
| Total costs | $40.12 |
| TOTAL SUPPLEMENTAL ATTORNEY FEES & COSTS | $1,828.37 |