Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 311-31792-ELP13 |
|    GERALD G MONCKTON JR | ) | |
|    AGUSTINA L MONCKTON | ) | Order Amending Plan |
| | ) | Dated 09-18-12 |
|    Debtors | ) | |
| | ) | |

Wayne Godare, Chapter 13 Trustee ("Trustee"), and Debtors agree that a provision should be added to Debtors' plan dated 09-18-12. Formal notice of this plan modification is not required, as there is no negative impact on any creditor. The Court being fully advised, now, therefore,

IT IS ORDERED that Debtors' plan dated 09-18-12 is amended as follows:

/ / /

/ / /

/ / /

/ / /

1 – Order Amending Plan Dated 09-18-12

1. Change paragraph 1(e) to read "Plus overtime proceeds pursuant to paragraph 13 and proceeds from sale of real property".

###

PRESENTED BY:

/s/ Wayne Godare
Wayne Godare, OSB #90059
Chapter 13 Trustee

I certify that I have received confirmation, in writing, that Debtor(s), by and through counsel, have no objection to the form and content of this order and agree to its filing with the Court.

/s/ Chris Fazio
for Wayne Godare, Chapter 13 Trustee

cc: Debtors
 Debtors' attorney