Certificate Number: 14677-OR-DE-025242238

Bankruptcy Case Number: 11-31792


14677-OR-DE-025242238

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 24, 2015</u>, at <u>1:30</u> o'clock <u>PM PDT</u>, <u>Gerald Monckton</u> completed a course on personal financial management given <u>in person</u> by <u>Wayne Godare, Chapter 13 Trustee</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Oregon</u>.

Date: <u>March 24, 2015</u>  By: <u>/s/Audrey Jackson</u>

Name: <u>Audrey Jackson</u>

Title: <u>Case Administrator</u>

Certificate Number: 14677-OR-DE-025242239

Bankruptcy Case Number: 11-31792


14677-OR-DE-025242239

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 24, 2015</u>, at <u>1:30</u> o'clock <u>PM PDT</u>, <u>Agustina Monckton</u> completed a course on personal financial management given <u>in person</u> by <u>Wayne Godare, Chapter 13 Trustee</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Oregon</u>.

Date: <u>March 24, 2015</u>　　　By: 　<u>/s/Audrey Jackson</u>

　　　　　　　　　　　　　　　Name: <u>Audrey Jackson</u>

　　　　　　　　　　　　　　　Title: <u>Case Administrator</u>