```
                                          United States Bankruptcy Court
                                               District of Oregon
In re:                                                                                   Case No. 11-31792-pcm
Gerald G. Monckton, Jr                                                                   Chapter 7
Agustina L. Monckton
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0979-3           User: doria                  Page 1 of 2                  Date Rcvd: Jun 02, 2015
                               Form ID: B9A                 Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2015.
db/jdb         +Gerald G. Monckton, Jr,    Agustina L. Monckton,    6000 Drake St Apt #34,
                 Hillsboro, OR 97123-6729
aty            +JENNIFER L ASPAAS,    13555 SE 36th St #300,    Bellevue, WA 98006-1489
aty            +JESSE A BAKER,    Aldridge Pite, LLP,    POB 17933,    San Diego, CA 92177-7921
smg            +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                 Salem, OR 97309-5013
smg            +US Attorney,    US Attorney,    1000 SW 3rd Ave #600,    Portland, OR 97204-2936
smg            +US Attorney General,    Department of Justice,    10th & Constitution NW,
                 Washington, DC 20530-0001
99223009        Chase Home Finance, LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
99223013        GMAC Mortgage,    POB 4622,    Waterloo, IA 50704-4622
99223014       +GMAC Mortgage, LLC,    C/O Corporation Service Company, RA,    285 Liberty St. NE,
                 Salem, OR 97301-3865
100978654      +Hillsboro Cardiology PC,    545 C SE Oak St.,    Hillsboro, OR 97123-4147
100027668       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
99362114       +JPMorgan Chase Bank, National Association,    ATTN: OH4-7302,    3415 Vision Drive,
                 Columbus, OH 43219-6009
99223018       +Key Bank,    127 Public Square,    Cleveland, OH 44114-1226
99223017        Key Bank,    POB 5287,    Boise, ID 83705
99223019       +NuView Design LLC,    POB 1924,    Battleground, WA 98604-1924
99223023       +Washington County Tax & Assessment,    C/O Richard Hobernicht, Director,    155 N 1st Ave Rm 130,
                 Hillsboro, OR 97124-3001
99223024        Wells Fargo Financial Cards,    POB 98791,    Las Vegas, NV 89193-8791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: BKRMailOps@weltman.com Jun 03 2015 01:34:58     SCOTT D FINK,
                 Weltman Weinberg & Reis Co,    323 W Lakeside Ave #200,    Cleveland, OH 44113-1099
aty             E-mail/Text: tedtroutman@gmail.com Jun 03 2015 01:34:01     TED A TROUTMAN,
                 5075 SW Griffith Dr.,    STE 220,    Beaverton, OR 97005
tr             +EDI: QAEMITCHELL.COM Jun 03 2015 01:28:00      Amy E Mitchell,    POB 2289,
                 Lake Oswego, OR 97035-0074
ust            +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Jun 03 2015 01:34:41     US Trustee, Portland,
                 620 SW Main St #213,    Portland, OR 97205-3026
cr             +EDI: PRA.COM Jun 03 2015 01:28:00     PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
99223004       +E-mail/Text: BankruptcyInfo@fsbwa.com Jun 03 2015 01:35:23     1st Security Bank Of Washington,
                 C/O Joseph C. Adams, CEO,    6920 220th Street SW,    Mountlake Terrace, WA 98043-2177
99223003        E-mail/Text: BankruptcyInfo@fsbwa.com Jun 03 2015 01:35:23     1st Security Bank Of Washington,
                 POB 97000,    Lynnwood, WA 98046-9700
99248001       +E-mail/Text: BankruptcyInfo@fsbwa.com Jun 03 2015 01:35:23     1st Security Bank of Washington,
                 ATTN: Kathy VonHagel,    PO Box 97000,    Lynnwood WA 98046-9700
99275517       +EDI: OPHSUBSID.COM Jun 03 2015 01:28:00      BACK BOWL I LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
99241800       +EDI: CAUT.COM Jun 03 2015 01:28:00     Chase Auto Finance,    201 N Central Ave AZ1-1191,
                 Phoenix, AZ 85004-1071
99223007       +EDI: CAUT.COM Jun 03 2015 01:28:00     Chase Auto Finance,    POB 901076,
                 Fort Worth, TX 76101-2076
99223008       +EDI: CAUT.COM Jun 03 2015 01:28:00     Chase Auto Finance Corp.,
                 c/o Christopher Allen, Vice President,    900 Stewart Ave,    Garden City NY 11530-4891
99223010        EDI: CITICORP.COM Jun 03 2015 01:28:00      CitiBank,    POB 6013,    Sioux Falls, SD 57117-6013
99223011       +EDI: DISCOVER.COM Jun 03 2015 01:28:00      Discover Bank,    POB 30421,
                 Salt Lake City, UT 84130-0421
99225609        EDI: DISCOVER.COM Jun 03 2015 01:28:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
99223012       +EDI: RMSC.COM Jun 03 2015 01:29:00     GEMB/JC Penney,    POB 981402,    El Paso, TX 79998-1402
99223015        EDI: IRS.COM Jun 03 2015 01:29:00     Internal Revenue Service,
                 Centralized Insolvency Operations,    POB 7346,    Philadelphia, PA 19101-7346
99223016       +EDI: CHASE.COM Jun 03 2015 01:28:00     JP Morgan Chase Bank,    C/O Jamie Dimon, CEO,
                 270 Park Avenue,    New York, NY 10017-2070
99518509        E-mail/Text: ECF@SHERMETA.COM Jun 03 2015 01:35:06     JPMorgan Chase Bank, N.A.,
                 c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI 48308-0908
99246147       +E-mail/Text: BKRMailOps@weltman.com Jun 03 2015 01:34:58     KeyBank,N.A.,
                 C/O Weltman,Weinberg & Reis Co.,LPA,    323 W Lakeside Ave 2nd Fl,    Cleveland,Ohio 44113-1085
100978655      +E-mail/Text: ZyCredit.A.User@lesschwab.com Jun 03 2015 01:35:30     Les Schwab Tires,
                 19100 SW Shaw St.,    Aloha, OR 97078-1245
99245065        EDI: ORREV.COM Jun 03 2015 01:28:00     ODR Bkcy,    955 Center St NE,    Salem OR 97301-2555
99223020        EDI: ORREV.COM Jun 03 2015 01:28:00     ODR-Bkcy,    955 Center NE #353,    Salem, OR 97301-2555
99420256        EDI: PRA.COM Jun 03 2015 01:28:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541
99223005        EDI: AGFINANCE.COM Jun 03 2015 01:28:00      American General Finance,
                 2020 NE Cornell Road, Suite J,    Hillsboro, OR 97124
99223006        EDI: AGFINANCE.COM Jun 03 2015 01:28:00      American General Financial Services, Inc,
                 C/O CT Corporation System, RA,    388 State Street, Suite 420,    Salem, OR 97301
```

```
District/off: 0979-3           User: doria                Page 2 of 2                Date Rcvd: Jun 02, 2015
                               Form ID: B9A              Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
100978656         EDI: AGFINANCE.COM Jun 03 2015 01:28:00      Springleaf Financial Services,
                  C/O CT Corporation Systems, RA,   388 State Street, Suite 420,   Salem, OR  97301
99228621          EDI: AGFINANCE.COM Jun 03 2015 01:28:00      Springleaf Financial Services, Inc.,
                  2020 NE CORNELL RD STE J,   HILLSBORO OR 97124
99223021         +EDI: SEARS.COM Jun 03 2015 01:28:00      Sears,    POB 6283,    Sioux Falls, SD 57117-6283
99223022          EDI: USBANKARS.COM Jun 03 2015 01:29:00      US Bank,    POB 790408,    St Louis, MO  63179-0408
99368746          EDI: USBANKARS.COM Jun 03 2015 01:29:00      US Bank N.A.,    Bankruptcy Department,
                  P.O. Box 5229,    Cincinnati, OH 45201-5229
99244647         +EDI: WFFC.COM Jun 03 2015 01:28:00      Wells Fargo Bank NA,    4137 121st Street,
                  Urbandale IA 50323-2310
                                                                                                TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             ODR Bkcy,    955 Center NE #353,    Salem, OR  97301-2555
100978657*     ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                (address filed with court:   Springleaf Financial Services, Inc.,    2020 NE Cornell Rd., Suite J,
                  Hillsboro, OR  97124)
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2015 at the address(es) listed below:
NONE.                                                                                            TOTAL: 0

**FORM B9A** (Individual–No Asset)(3/12/14)

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, Deadlines, *Proposed Case Dismissal,* and Trustee Appointment

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

June 2, 2015

Clerk, U.S. Bankruptcy Court

BY **dda** DEPUTY

A bankruptcy case concerning the debtor(s) named below was originally filed under chapter 13 on 3/8/11; and **was converted to a case under chapter 7 on 5/20/15**. You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Case documents may be viewed online or at the clerk's office, or requested through the mail.

**SEE REVERSE SIDE FOR IMPORTANT EXPLANATIONS**

| Debtor(s) (name(s) and address): | Case Number: **11–31792–pcm7** |
|---|---|
| **Gerald G. Monckton Jr**<br>**Agustina L. Monckton**<br><br>6000 Drake St Apt #34<br>Hillsboro, OR 97123 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–2600<br>xxx–xx–7942 |
| | Debtor(s) Attorney:<br>TED A TROUTMAN<br>5075 SW Griffith Dr.<br>STE 220<br>Beaverton, OR 97005<br>Telephone No.: (503) 292–6788 |
| | Trustee:<br>Amy E Mitchell<br>POB 2289<br>Lake Oswego, OR 97035<br>Telephone No.: (503) 675–9955 |

### Meeting of Creditors
**6/22/15** at **09:30 AM** in **US Trustee's Office, 620 SW Main St Rm 223, Portland, OR 97205**

### Presumption of Abuse under 11 USC §707(b) (See "Presumption of Abuse" on the reverse side)
Debtor(s) petition discloses a presumption of abuse. This does not constitute a finding of the Court.

### Deadlines – Documents must be *received* by the bankruptcy clerk's office by the following deadlines:
Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: **8/21/15**
Deadline to Object to Exemptions: 30 days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the debtor(s)' property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the Court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Notices Re Proposed Dismissal of Case/Undue Hardship Presumption; and Abandonment of Debtor's Residence (Real Property)
**YOU ARE NOTIFIED:** (1) This case may be dismissed without further prior notice if the debtor(s) fail to complete the meeting of creditors, timely file any documents, or make fee payments ordered by the Court, unless within 21 days of the above "FILED" date a party in interest files a written objection to dismissal, setting forth specific grounds, with the Court and sends copies to the debtor(s)' attorney (or debtor(s) if pro se) and trustee; and (2) Any presumption of undue hardship that may exist in a reaffirmation agreement filed by the debtor(s) shall remain in effect until the effective date of any discharge order entered in this case unless a party in interest objects by **7/13/15**.

**YOU ARE FURTHER NOTIFIED** that at least 5 days prior to the date of the meeting of creditors, any party in interest who objects to abandonment of the debtor(s)' residence (real property) must file with the Court a written objection and serve a copy on the debtor(s) and debtor(s)' attorney. If no timely objection is filed, the trustee can abandon the property at or after the meeting of creditors upon request of the debtor(s) or mortgage creditor without any further notice requirement. Mortgage creditors are authorized to negotiate a loan modification with a debtor either before or after the meeting of creditors, but any modification reached cannot become effective until the property is abandoned. Mortgage creditors may use the procedure outlined in LBF #751.7, available at www.orb.uscourts.gov, to obtain such abandonment. A creditor's contact with the debtor(s) and/or debtor(s)' attorney to effect a modification shall not be considered a violation of the automatic stay of 11 USC §362. Negotiations with represented debtors must be with debtor(s)' counsel who may consent to the creditor communicating directly with the debtor(s).

### Creditor with a Foreign Address
Please read the information under "Do Not File A Proof of Claim at This Time" on the reverse side.

### Trustee Appointment
The trustee named above is hereby appointed as interim trustee in this case. Such trustee's bond shall be the blanket bond heretofore approved and filed with the U.S. Bankruptcy Court Clerk.

UNITED STATES TRUSTEE

*DO NOT FILE A PROOF OF CLAIM UNLESS YOU RECEIVE A NOTICE TO DO SO!*

FORM B9A (3/12/14) **EXPLANATIONS**

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under chapter 7 of the Bankruptcy Code (Title 11, United States Code) has been filed in this Court by the debtor(s) named in this notice, and an order for relief has been entered. |
| **Relief from Stay** | Requests for *non*–judicial relief from the stay of Bankruptcy Code §362(a), limiting actions to recover debtor(s)' property, must comply with Local Form #715. Requests for judicial relief must comply with Local Form #720.50. |
| **Creditors May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing the debtor(s)' property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor(s)' wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the Court to extend or impose a stay. |
| **Presumption of Abuse** | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §707(b) of the Bankruptcy Code. The debtor(s) may rebut the presumption by showing special circumstances. |
| **Meeting of Creditors** | The meeting of creditors is scheduled for the date, time and location listed in this notice. **The debtor(s) (both debtors in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors or this case may be dismissed.** Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>Debtor(s) must provide a photo ID (e.g., driver's license; federal, state, student or military ID; U.S. passport; or resident alien card). Debtor(s) must also provide proof of reported social security number (e.g., social security card; medical insurance card; pay stub; W–2 form; IRS form 1099; or Social Security Admin. report). **Original photo IDs and other documents are required.** |
| **Do Not File a Proof of Claim at This Time** | There does not appear to be any property available to the trustee to pay creditors. You therefore should **not** file a Proof of Claim at this time. If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim and the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the Court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means you may never try to collect the debt from the debtor(s). If you believe the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert that the discharge should be denied under §727(a)(8) or (a)(9) –– with the Court by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed in this notice. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The Court must receive the objection by the "Deadline to Object to Exemptions" listed in this notice. |
| **Bankruptcy Clerk's Office (Document Filing, Viewing and Copies)** | Any paper document that you file in this case must be filed at the bankruptcy clerk's office at:<br><br>U.S. Bankruptcy Court     Phone: 503–326–1500     Office Hours: 9:00AM–4:30PM<br>1001 SW 5th Ave #700<br>Portland, OR 97204<br>(***Important Note***: *The meeting of creditors is **not** held at this address.*)<br><br>You may view or obtain filed documents, including the list of the debtor's property and debts and the list of the property claimed as exempt, as follows:<br>1. Online by obtaining a PACER account at <u>www.pacer.gov</u>.<br>2. In person at the clerk's office.<br>3. Via mail by submitting a written request with the applicable search and copy fees and a self–addressed, stamped envelope. |
| **Court Information and Legal Advice** | Court information is available at **www.orb.uscourts.gov**. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have questions about your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––