UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
) Case No._____
)
)
) **CREDITOR CHANGE OF ADDRESS**
Debtor(s) )

**Note to Debtors:** If you wish to add a new creditor to this case, you must file LBF #728 and pay the required filing fee. If you submit a creditor address different from the one listed on the most recent proof of claim by that creditor, the court will send any notices to the creditor at both addresses.

**Creditor Name:** _____

| **Old Address:** | **New Address:** |
|---|---|
| | |

**Creditor Phone Number:** _____

**If you are a creditor who has already filed a claim:** Please enter the claim number and check the appropriate box. You need not file an amended claim to update only an address.

**Claim No.** _____

**Please use the new address for:** ☐ **Notices only**   ☐ **Payments only**   ☐ **Notices and Payments**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

Date:_____   _____
Signature (Required)

_____
Type/ Print Signer's Name                                OSB # (if attorney)

_____
Signer's Phone # and Relation to Case

*Further Information About Address Changes*
Address changes for debtors must be filed on LBF #101D. Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.

*Further Information About Adding A New Party or Creditor to a Case [also see above Note to Debtors]*
An ECF Participant who wishes to receive notice must electronically file a text-only Notice of Appearance or Special Notice Request. Any other party who wishes to receive notice must file a written request with the court.

101C (2/19/13)