```
                          United States Bankruptcy Court
                               District of Oregon

In re:                                                        Case No. 11-31792-pcm
Gerald G. Monckton, Jr                                        Chapter 7
Agustina L. Monckton
         Debtors                   CERTIFICATE OF NOTICE

District/off: 0979-3        User: doria              Page 1 of 2         Date Rcvd: Jun 23, 2015
                            Form ID: NSPA            Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2015.
db/jdb         +Gerald G. Monckton, Jr,    Agustina L. Monckton,    6000 Drake St Apt #34,
                 Hillsboro, OR 97123-6729
cr             +PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
99223009        Chase Home Finance, LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
99223010        CitiBank,   POB 6013,   Sioux Falls, SD 57117-6013
99223013        GMAC Mortgage,    POB 4622,   Waterloo, IA 50704-4622
99223014       +GMAC Mortgage, LLC,    C/O Corporation Service Company, RA,    285 Liberty St. NE,
                 Salem, OR 97301-3865
100978654      +Hillsboro Cardiology PC,    545 C SE Oak St.,    Hillsboro, OR 97123-4147
99223016       +JP Morgan Chase Bank,    C/O Jamie Dimon, CEO,    270 Park Avenue,   New York, NY 10017-2070
100027668       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
99362114       +JPMorgan Chase Bank, National Association,    ATTN: OH4-7302,   3415 Vision Drive,
                 Columbus, OH 43219-6009
99223017       +Key Bank,   POB 94932,    Cleveland OH 44101-4932
99223018       +Key Bank,   127 Public Square,    Cleveland, OH 44114-1226
99223019       +NuView Design LLC,    POB 1924,   Battleground, WA 98604-1924
99420256      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA   23541)
99223021       +Sears,   POB 6283,   Sioux Falls, SD 57117-6283
99223022      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    POB 790408,   St Louis, MO 63179-0408)
99223023       +Washington County Tax & Assessment,    C/O Richard Hobernicht, Director,    155 N 1st Ave Rm 130,
                 Hillsboro, OR 97124-3001
99244647       +Wells Fargo Bank NA,    4137 121st Street,   Urbandale IA 50323-2310
99223024        Wells Fargo Financial Cards,    POB 98791,   Las Vegas, NV 89193-8791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: cbp@springleaf.com Jun 24 2015 00:43:50      Springleaf Financial Services,
                 PO BOX 3251,    Evansville, IN 47731
99223004       +E-mail/Text: BankruptcyInfo@fsbwa.com Jun 24 2015 00:42:36       1st Security Bank Of Washington,
                 C/O Joseph C. Adams, CEO,    6920 220th Street SW,   Mountlake Terrace, WA 98043-2177
99223003        E-mail/Text: BankruptcyInfo@fsbwa.com Jun 24 2015 00:42:36       1st Security Bank Of Washington,
                 POB 97000,    Lynnwood, WA 98046-9700
99248001       +E-mail/Text: BankruptcyInfo@fsbwa.com Jun 24 2015 00:42:36       1st Security Bank of Washington,
                 ATTN: Kathy VonHagel,    PO Box 97000,   Lynnwood WA 98046-9700
99275517       +E-mail/Text: bncmail@w-legal.com Jun 24 2015 00:42:29      BACK BOWL I LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
99241800       +E-mail/Text: bk.notifications@jpmchase.com Jun 24 2015 00:42:17      Chase Auto Finance,
                 201 N Central Ave AZ1-1191,    Phoenix, AZ 85004-1071
99223007       +E-mail/Text: bk.notifications@jpmchase.com Jun 24 2015 00:42:17      Chase Auto Finance,
                 POB 901076,    Fort Worth, TX 76101-2076
99223008       +E-mail/Text: bk.notifications@jpmchase.com Jun 24 2015 00:42:17      Chase Auto Finance Corp.,
                 c/o Christopher Allen, Vice President,    900 Stewart Ave,   Garden City NY 11530-4891
99223011       +E-mail/PDF: mrdiscen@discover.com Jun 24 2015 00:49:12      Discover Bank,   POB 30421,
                 Salt Lake City, UT 84130-0421
99225609        E-mail/PDF: mrdiscen@discover.com Jun 24 2015 00:49:12      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
99223012       +E-mail/PDF: gecsedi@recoverycorp.com Jun 24 2015 00:43:36      GEMB/JC Penney,   POB 981402,
                 El Paso, TX 79998-1402
99223015        E-mail/Text: cio.bncmail@irs.gov Jun 24 2015 00:42:11      Internal Revenue Service,
                 Centralized Insolvency Operations,    POB 7346,   Philadelphia, PA 19101-7346
99518509        E-mail/Text: ECF@SHERMETA.COM Jun 24 2015 00:42:19      JPMorgan Chase Bank, N.A.,
                 c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,   Rochester Hills, MI 48308-0908
99246147       +E-mail/Text: BKRMailOps@weltman.com Jun 24 2015 00:42:27      KeyBank,N.A.,
                 C/O Weltman,Weinberg & Reis Co.,LPA,    323 W Lakeside Ave 2nd Fl,   Cleveland,Ohio 44113-1085
100978655      +E-mail/Text: ZyCredit.A.User@lesschwab.com Jun 24 2015 00:42:37      Les Schwab Tires,
                 19100 SW Shaw St.,    Aloha, OR 97078-1245
99245065        E-mail/Text: bankruptcy.revenue@oregon.gov Jun 24 2015 00:42:04      ODR Bkcy,
                 955 Center St NE,    Salem OR 97301-2555
99223020        E-mail/Text: bankruptcy.revenue@oregon.gov Jun 24 2015 00:42:04      ODR-Bkcy,
                 955 Center NE #353,    Salem, OR 97301-2555
100978656       E-mail/PDF: cbp@springleaf.com Jun 24 2015 00:43:36      Springleaf Financial Services,
                 C/O CT Corporation Systems, RA,    388 State Street, Suite 420,   Salem, OR 97301
99228621        E-mail/PDF: cbp@springleaf.com Jun 24 2015 00:43:43      Springleaf Financial Services, Inc.,
                 2020 NE CORNELL RD STE J,    HILLSBORO OR 97124
99223005        E-mail/PDF: cbp@springleaf.com Jun 24 2015 00:43:37      American General Finance,
                 2020 NE Cornell Road, Suite J,    Hillsboro, OR  97124
99223006        E-mail/PDF: cbp@springleaf.com Jun 24 2015 00:43:43
                 American General Financial Services, Inc,    C/O CT Corporation System, RA,
                 388 State Street, Suite 420,    Salem, OR 97301
                                                                                              TOTAL: 21
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
100978657*     ++SPRINGLEAF FINANCIAL SERVICES,     P O BOX 3251,    EVANSVILLE IN 47731-3251
                (address filed with court:  Springleaf Financial Services, Inc.,    2020 NE Cornell Rd., Suite J,
                  Hillsboro, OR   97124)
99368746*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
                  Cincinnati, OH 45201-5229)
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2015 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0

NSPA (12/2/05)

UNITED STATES BANKRUPTCY COURT
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

June 23, 2015

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Gerald G. Monckton Jr**
**Agustina L. Monckton**
Debtor(s)

Case No. **11–31792–pcm7**

NOTICE OF STATEMENT
OF PRESUMED ABUSE

**NOTICE IS GIVEN** that, as required by 11 USC §704(b)(1)(A), the United States Trustee has reviewed all of the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 USC §707(b)(2)(A), and pursuant to 11 USC §704(b)(2), the United States Trustee determines that: The debtor(s) case should be presumed to be an abuse under §707(b). Filed by the US Trustee.

United States Trustee

67