# UNITED STATES BANKRUPTCY COURT
## District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

December 6, 2023

Clerk, U.S. Bankruptcy Court

BY **krw** DEPUTY

In re
**Gerald G. Monckton Jr**
**Agustina L. Monckton**
Debtor(s)

)
)
)
)
)
)

Case No. **11−31792−pcm7**

ORDER RETURNING
DOCUMENT(S)

**IT IS ORDERED** that:

1. The **Motion For Expedited Ruling to Determine Disallowed Claim Prior to Redemption Deadline** submitted to the court on **12/5/23** by **Annika Eriksson** is returned to the filer without entry on the court's docket, and will have no legal effect, for the reason(s) stated below:

   **This case is closed. If you want to request the case be reopened you must file a Motion to Reopen, and pay any required reopening fee (Local Bankruptcy Rule 5010−1). Note: (a) There is no reopening fee for an adversary proceeding unless the dismissal/closing order so requires. (b) Local Form 1367.92 is required for motions to reopen a chapter 7 or 13 case if filed by the debtor, and must be signed by the debtor. (c) If the case was a "no−asset" Ch. 7 and no claims bar date was fixed, this court will not reopen it only to add creditors (per In re Beezley, 994 F2d 1433 (9th Cir 1993)).**

   **NOTE: If a motion to reopen the case is filed, the filing fee will not be refunded if the court denies the motion.**

2. For any document listed above to have legal effect, you must refile the corrected document with any required certificate of service.

3. If the date of filing is critical and you would like the court to consider treating a document as filed on the original submission date, you must file the following within 7 days of the "Filed" date above:

   a. a written request that sets forth all grounds for treating the document as filed on the original submission date; and

   b. the refiled document with any required certificate of service.

Clerk, U.S. Bankruptcy Court